FILED

2023 NOV -7 AM 10:55

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | MJ 23-05762 |
| JOSHUA MANUEL ALEGRIA | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: Superseding Indictment
in the Eastern District of New York on November 3, 2023
at 12:15 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1347, 1349, 1956(h), 2 and 3551 et seq.
to wit: Health Care Fraud, Health Care Fraud Conspiracy and Money Laundering Conspiracy

A warrant for defendant's arrest was issued by: Brenna B. Mahoney, Clerk of the Court, E.D.N.Y.

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Superseding Indictment, Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/07/2023
                   Date

_____          Jessica Greenwood
Signature of Agent                 Print Name of Agent

Federal Bureau of Investigation    Special AGent
Agency                             Title